

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**CLAUDE BERNARD CARPENTER,**

Plaintiff,

v.

Civil Action No. **3:07CV480**

**RICHMOND CITY JAIL,** *et al.,*

Defendants.

## MEMORANDUM OPINION

On August 23, 2007, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis.* By Memorandum Order entered on September 21, 2007, the Court directed Plaintiff to pay an initial partial filing fee of **$33.75** or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he can not pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis.* Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
Richard L. Williams
United States District Judge

Date: OCT 2 5 2007
Richmond, Virginia